01
02
03
04
05
06                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
07                              AT SEATTLE

08 | UNITED STATES OF AMERICA,    )
                                  )  CASE NO. MJ 12-552
09 |     Plaintiff,                )
                                  )
10 |     v.                        )
                                  )  DETENTION ORDER
11 | CEDRIC JACKSON,               )
                                  )
12 |     Defendant.                )
   |_____)
13

14 <u>Offense charged</u>:    Distribution of Cocaine and Cocaine Base; Distribution of Cocaine Base

15 <u>Date of Detention Hearing</u>:   October 18, 2012.

16         The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

17 based upon the factual findings and statement of reasons for detention hereafter set forth, finds

18 that no condition or combination of conditions which defendant can meet will reasonably

19 assure the appearance of defendant as required and the safety of other persons and the

20 community.

21         <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

22         1.      Defendant has been charged with a drug offense, the maximum penalty of which

DETENTION ORDER
PAGE -1

is in excess of ten years. There is therefore a rebuttable presumption against defendant as to both dangerousness and flight risk, under 18 U.S.C. § 3142(e).

2. Defendant has a lengthy criminal record, which includes prior federal drug charges and a number of violations of supervised release.

3. Defendant was not interviewed by Pretrial Services. He does not contest detention.

4. Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DETENTION ORDER
PAGE -2

DATED this 18th day of October, 2012.

                                              /s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3